IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS S. RENEHAM and CURT SKALLERUP )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SINGLES ROOFING CO., INC. )<br>)<br>Defendant. )<br>) | Case No. 09 CV 7315<br><br>Hon. Wayne R. Andersen<br>U.S. District Judge |

## NOTICE OF BANKRUPTCY

**To:**

Hugh John Totten, Esq.
Lisa R. Castle, Esq.
Patrick J. Lamb, Esq.
Valorem Law Group LLC
Suite 2900
Chicago, IL 60601

    PLEASE TAKE NOTICE, that on June 29, 2010, Defendant Singles Roofing Co., Inc. filed a petition in the U.S. Bankruptcy Court for the Northern District of Illinois, Docket No. 10-28972, and Robert A. Durchslag filed a petition therein, Docket No. 10-28986.


Dated: July 7, 2010                    Singles Roofing Co., Inc.


                                    By:  <u>By: /s/James A. McGurk</u>
                                              James A. McGurk

Of Counsel:

James A. McGurk, Esq.
Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, IL 60603
(312) 236-8900
FAX (312) 277-3497
20100707.NotofBankruptcy.rtr.wpd

## CERTIFICATE OF SERVICE

      I, James A. McGurk, an attorney, certify that on Wednesday, July 7, 2010, I caused a copy of the foregoing to be served upon the following individuals by the ECF filing system, by facsimile, and U.S. First Class Mail:

**Via Fax (312) 676-5499**
**and First Class Mail**

Hugh John Totten, Esq.
Lisa R. Castle, Esq.
Patrick J. Lamb, Esq.
Valorem Law Group LLC
Suite 2900
Chicago, IL 60601

                                        Singles Roofing Co., Inc.

                                        By: /s /James A. McGurk
                                            James A. McGurk